**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CORNELIUS VANN**                                                              **PLAINTIFF**
**ADC #149251**

**VS.**                                **5:17CV00032-BRW**

**L. SMITH, Corporal,**
**Cummins Unit;** *et. al.*                                          **DEFENDANTS**

<u>**ORDER**</u>

I have reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  After carefully

considering the objections and making a *de novo* review of the record, I approve and adopt the

Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for

failure to state a claim upon which relief may be granted.  All other pending motions (Doc.

Nos. 7, 8, 9) are DENIED as MOOT.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this

Order would not be taken in good faith.

IT SO ORDERED this 13th day of March, 2017.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1