# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CORNELIUS VANN**                                          **PLAINTIFF**
**ADC #149251**

**VS.**                         **5:17CV00032-BRW**

**L. SMITH, Corporal,**
**Cummins Unit;** *et. al*.                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT SO ORDERED this 13th day of March, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE